**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 15, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00494-CR

---

## EX PARTE KERRY LEE BEAL

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCR-062478**

---

## M E M O R A N D U M   O P I N I O N

Appellant was charged with the felony offense of assault on a public servant. The trial court set pre-trial bond at $25,000. Appellant filed a pre-trial application for writ of habeas corpus seeking a bond reduction, which was denied. Appellant filed this appeal of the denial of his writ of habeas corpus. On August 7, 2013, the State filed a motion to dismiss appellant's appeal and attached copies of its motion to dismiss the felony charges and the judgment reflecting appellant's guilty plea to the misdemeanor charge of resisting search. Appellant's plea renders the issue of

pretrial bond moot.  *See Ex parte Morgan*, 335 S.W.2d 766, 766 (Tex. Crim. App. 1960).

Accordingly, we grant the State's motion and dismiss the appeal.


PER CURIAM


Panel consists of Justices Brown, Boyce, and Donovan.
Do Not Publish. TEX. R. APP. P. 47.2(b).